- You also have requested we remove Gourick – so we are a bit unclear on his role. We thought they were splitting this. Are you able to shed any light on their respective involvement?

- Instead of work for hire language, you made a note about owning the merch – to clarify, instead of owning the actual merch, would you just be licensing the trademark to us for use on merch?

Hoping to connect with the team tomorrow/Monday again about it and will be back to you as soon as possible. Thanks.

---

**From:** Andrew Covington <andrew@thecovingtonlaw.com>
**Sent:** Wednesday, August 16, 2023 3:05 PM
**To:** Pamela Gurley <pgurley@GISPC.COM>; Mica Rollock <mrollock@gispc.com>
**Subject:** Re: ACT BAD negotiations

Hey Ms. Gurley,

Just kindly checking in with you. My clients check in for an update just about every day. Have you had a chance to review the comments?

Best,

Andrew Covington

|

<~WRD0001.jpg>

Covington Law, PLLC

7000 Harps Mill Rd. Ste. 102 Raleigh, NC 27615

2201 Wisconsin Ave NW #305, Washington, DC 20007
Phone (202) 679-4025
Email: andrew@thecovingtonlaw.com
www.thecovingtonlaw.com

Information contained in this electronic message is attorney-client privileged and confidential information and/or work product, and is intended only for the use of the individual or entity named above. If you are not the intended party of this transmission, you are hereby notified that any use, distribution,

# **EXHIBIT C**

Email from Charles Kenyatta attorney Andrew Covington

**From:** Andrew Covington <andrew@thecovingtonlaw.com>
**Sent:** Wednesday, July 5, 2023 3:52 PM
**To:** Pamela Gurley <pgurley@GISPC.COM>
**Cc:** Megan O'Brien <mobrien@gispc.com>
**Subject:** Re: Bad Boy w Gounck & Kenyatta

Hey Pamela,

Thanks for getting back to me. I have availability Thursday afternoon also. What time works for you?

Best,

Andrew C. Covington, Esq.

2201 Wisconsin Ave NW #305, Washington, District of Columbia 20007

Phone: (202) 679-4025

www.thecovingtonlaw.com

> On Jul 5, 2023, at 2:41 PM, Pamela Gurley <pgurley@gispc.com> wrote:
>
> Hi Andrew – I received your voice message today.
> Apologies for delay, the email below was stuck in our filter.
>
> Happy to schedule a time to speak. I'm available Thur aftn or we can look at next week.
>
> Adding in Megan to assist.
>
> Thanks.
>
> **From:** Andrew Covington <andrew@thecovingtonlaw.com>
> **Sent:** Wednesday, June 28, 2023 12:49 PM
> **To:** Pamela Gurley <pgurley@GISPC.COM>
> **Subject:** Re: Bad Boy w Gounck & Kenyatta
>
> Good afternoon Pamela,

> Can we schedule a time to have a brief call? I would like to connect with you and bring you up to speed with my clients stance in this matter.

Best,

Andrew Covington

<~WRD0004.jpg>

**Covington Law, PLLC**

7000 Harps Mill Rd. Ste. 102 Raleigh, NC 27615

2201 Wisconsin Ave NW #305, Washington, DC 20007
Phone (202) 679-4025
Email: andrew@thecovingtonlaw.com
www.thecovingtonlaw.com

Information contained in this electronic message is attorney-client privileged and confidential information and/or work product, and is intended only for the use of the individual or entity named above. If you are not the intended party of this transmission, you are hereby notified that any use, distribution, dissemination, copying or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Andrew Covington at (202) 679-4025 or by return email and cease and desist from making any reproductions and/or distributions, purge this communication, and destroy any copies, electronic, paper or otherwise, which you may have of this communication.

IRS Circular 230 Required Disclosure: This communication is not a tax opinion. To any extent it contains tax advice, it is not intended or written for purposes by the practitioner to be used, and cannot be used by the taxpayer, for the purposes of avoiding tax penalties that may be imposed on the taxpayer by the Internal Revenue Service.

<~WRD0004.jpg>    Sender notified by Mailtrack

<~WRD0004.jpg>

On Thu, Jun 1, 2023 at 2:10 PM Pamela Gurley <pgurley@gispc.com> wrote:

> Hi Andrew – We are outside counsel for Bad Boy.


C2

**From:** Andrew Covington <andrew@thecovingtonlaw.com>
**Sent:** Wednesday, July 5, 2023 3:52 PM
**To:** Pamela Gurley <pgurley@GISPC.COM>
**Cc:** Megan O'Brien <mobrien@gispc.com>
**Subject:** Re: Bad Boy w Gourick & Kenyatta

Hey Pamela,

Thanks for getting back to me. I have availability Thursday afternoon also. What time works for you?

Best,

Andrew C. Covington, Esq.

2201 Wisconsin Ave NW #305, Washington, District of Columbia 20007

Phone: (202) 679-4025

www.thecovingtonlaw.com

> On Jul 5, 2023, at 2:41 PM, Pamela Gurley <pgurley@gispc.com> wrote:
>
> Hi Andrew – I received your voice message today.
> Apologies for delay, the email below was stuck in our filter.
>
> Happy to schedule a time to speak. I'm available Thur aftn or we can look at next week.
>
> Adding in Megan to assist.
>
> Thanks.
>
> **From:** Andrew Covington <andrew@thecovingtonlaw.com>
> **Sent:** Wednesday, June 28, 2023 12:49 PM
> **To:** Pamela Gurley <pgurley@GISPC.COM>
> **Subject:** Re: Bad Boy w Gourick & Kenyatta
>
> Good afternoon Pamela,

this communication is strictly prohibited. If you have received this communication in error, please notify Andrew Covington at (919) 283-2834 or by return email and cease and desist from making any reproductions and/or distributions, purge this communication, and destroy any copies, electronic, paper or otherwise, which you may have of this communication.

IRS Circular 230 Required Disclosure: This communication is not a tax opinion. To any extent it contains tax advice, it is not intended or written for purposes by the practitioner to be used, and cannot be used by the taxpayer, for the purposes of avoiding tax penalties that may be imposed on the taxpayer by the Internal Revenue Service.

---------- Forwarded message ---------
From: **Andrew Covington** <andrew@thecovingtonlaw.com>
Date: Thu, Jul 20, 2023 at 6:03 PM
Subject: Re: Bad Boy w Gourick & Kenyatta
To: Megan O'Brien <mobrien@gispc.com>
Cc: Pamela Gurley <pgurley@gispc.com>

Dear Ms. Gurley,

I hope this message finds you well.

I am writing to you in reference to the ongoing situation involving our clients and the "ACT BAD" song and associated merchandise. My clients have been monitoring the developments closely and want to work diligently towards a solution that is equitable for all parties involved.

We would like to establish clear terms on the percentage share in profits at this stage to avoid any potential confusion or conflict in the future. I was wondering if you met with your client and have any updates?

Thank you for your attention to this matter. We look forward to your timely response.
Best,
Andrew Covington



Covington Law, PLLC
7000 Harps Mill Rd. Ste. 102 Raleigh, NC 27615
2201 Wisconsin Ave NW #305, Washington, DC 20007
Phone (202) 679-4025
Email: andrew@thecovingtonlaw.com
www.thecovingtonlaw.com

Information contained in this electronic message is attorney-client privileged and confidential information and/or work product, and is intended only for the use of the individual or entity named above. If you are not the intended party of this transmission, you are hereby notified that any use, distribution, dissemination, copying or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Andrew Covington at (202) 679-4025 or by return email and cease and desist from making any reproductions and/or distributions, purge this communication, and destroy any copies, electronic, paper or otherwise, which you may have of this communication.

IRS Circular 230 Required Disclosure: This communication is not a tax opinion. To any extent it contains tax advice, it is not intended or written for purposes by the practitioner to



- You also have requested we remove ▇▇▇▇ – so we are a bit unclear on his role. We thought they were splitting this. Are you able to shed any light on their respective involvement?

- Instead of work for hire language, you made a note about owning the merch – to clarify, instead of owning the actual merch, would you just be licensing the trademark to us for use on merch?

Hoping to connect with the team tomorrow/Monday again about it and will be back to you as soon as possible. Thanks.

**From:** Andrew Covington <andrew@thecovingtonlaw.com>
**Sent:** Wednesday, August 16, 2023 3:05 PM
**To:** Pamela Gurley <pgurley@GISPC.COM>; Mica Rollock <mrollock@gispc.com>
**Subject:** Re: ACT BAD negotiations

Hey Ms. Gurley,

Just kindly checking in with you. My clients check in for an update just about every day. Have you had a chance to review the comments?

Best,

Andrew Covington

|

<~WRD0001.jpg>

Covington Law, PLLC

7000 Harps Mill Rd. Ste. 102 Raleigh, NC 27615

2201 Wisconsin Ave NW #305, Washington, DC 20007
Phone (202) 679-4025
Email: andrew@thecovingtonlaw.com
www.thecovingtonlaw.com

Information contained in this electronic message is attorney-client privileged and confidential information and/or work product, and is intended only for the use of the individual or entity named above. If you are not the intended party of this transmission, you are hereby notified that any use, distribution,

this communication is strictly prohibited. If you have received this communication in error, please notify Andrew Covington at (919) 283-2834 or by return email and cease and desist from making any reproductions and/or distributions, purge this communication, and destroy any copies, electronic, paper or otherwise, which you may have of this communication.

IRS Circular 230 Required Disclosure: This communication is not a tax opinion. To any extent it contains tax advice, it is not intended or written for purposes by the practitioner to be used, and cannot be used by the taxpayer, for the purposes of avoiding tax penalties that may be imposed on the taxpayer by the Internal Revenue Service.

---------- Forwarded message ---------
From: **Andrew Covington** <andrew@thecovingtonlaw.com>
Date: Mon, Aug 21, 2023 at 9:50 AM
Subject: Re: ACT BAD negotiations
To: Pamela Gurley <pgurley@gispc.com>
Cc: Che Pope <cpope@combscc.com>, Mica Rollock <mrollock@gispc.com>

Hey Pamela,

Thank you for reaching out and seeking clarity on the matters raised.

Confirming the proposed rate and advance requested by my client.

In reference to Mr. Gourick, my client gave Gourick permission to introduce the situation regarding "act bad" to your team, but he was not authorized to negotiate or agree to any terms on my clients behalf. It seems as if there was a bit of jumping the gun in that instance. Charles Kenyatta is the sole owner and the only individual with the authority to finalize any agreements or contracts. Gourick is neither listed on the articles of organization nor the trademark application. Whatever internal discussions or arrangements Charles and Gourick have are separate from this negotiation and will be handled privately amongst them.

To clarify on the merchandising aspect, we are not aiming to own the actual merchandise. Instead, we would be licensing the trademark to you for its use on merchandise.

Thank you for your understanding. Please ensure that all future communications and negotiations related to this are directed solely to Charles Kenyatta.

Best,
Andrew C. Covington, Esq.
2201 Wisconsin Ave NW #305, Washington, District of Columbia 20007
Phone: (202) 679-4025
www.thecovingtonlaw.com

> On Aug 17, 2023, at 9:06 PM, Pamela Gurley <pgurley@gispc.com> wrote:
>
> Hi Andrew – Thanks for your patience. We are still discussing.
>
> As mentioned in my prior email, the team understood the terms we had offered were agreed.
>
> - You have requested double the rate on merch as well as an advance (instead of 15%, you are seeking 30% plus an advance). We are looking at that.

this communication is strictly prohibited. If you have received this communication in error, please notify Andrew Covington at (919) 283-2834 or by return email and cease and desist from making any reproductions and/or distributions, purge this communication, and destroy any copies, electronic, paper or otherwise, which you may have of this communication.

IRS Circular 230 Required Disclosure: This communication is not a tax opinion. To any extent it contains tax advice, it is not intended or written for purposes by the practitioner to be used, and cannot be used by the taxpayer, for the purposes of avoiding tax penalties that may be imposed on the taxpayer by the Internal Revenue Service.

---------- Forwarded message ---------
From: **Andrew Covington** <andrew@thecovingtonlaw.com>
Date: Wed, Sep 6, 2023 at 4:08 PM
Subject: Update on "Act Bad" Negotiations and Important Notice
To: Pamela Gurley <pgurley@gispc.com>
Cc: Che Pope <cpope@combscc.com>, Mica Rollock <mrollock@gispc.com>

Dear Pamela Gurley,

I hope this message finds you well.

Firstly, I wanted to touch base regarding the ongoing "Act Bad" negotiations. It's been a while since our last discussion, and I wanted to request an update on the progress, any developments, or if there are any additional requirements from our side.

Secondly, I need to bring a crucial matter to your attention. Gourick has received a cease and desist order concerning the "Act Bad" brand. As of now, he is not authorized to handle or engage in any business activities related to the brand. We urge you to ensure that any communications or negotiations related to "Act Bad" are directed through the appropriate channels and not through Gourick.

Furthermore, attached to this email is a screenshot of the trademark application for "Act Bad". It clearly indicates the rightful owner as Charles Kenyatta Jr., not Gourick. This document serves to reaffirm the legitimate ownership and authority on matters related to the brand.

I apologize for any inconvenience this might cause, but it is imperative for the integrity and legality of our operations that we adhere to this directive.

Please let me know if you need any further information or clarification on this matter.

Thank you for your understanding and cooperation. I eagerly await your update on the negotiations.

Best,
Andrew Covington



Covington Law, PLLC
7000 Harps Mill Rd. Ste. 102 Raleigh, NC 27615
2201 Wisconsin Ave NW #305, Washington, DC 20007
Phone (202) 679-4025
Email: andrew@thecovingtonlaw.com
www.thecovingtonlaw.com

Information contained in this electronic message is attorney-client privileged and confidential information and/or work product, and is intended only for the use of the individual or entity named above. If you are not the intended party of this transmission, you are hereby notified that any use, distribution, dissemination, copying or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Andrew Covington at (202) 679-4025 or by return email and cease and desist from making any reproductions and/or distributions, purge this communication, and destroy any copies, electronic, paper or otherwise, which you may have of this communication.

IRS Circular 230 Required Disclosure: This communication is not a tax opinion. To any extent it contains tax advice, it is not intended or written for purposes by the practitioner to be used, and cannot be used by the taxpayer, for the purposes of avoiding tax penalties that may be imposed on the taxpayer by the Internal Revenue Service.



Sender notified by Mailtrack



# **EXHIBIT D**

Sean Combs a.k.a. Diddy selling Merch



# ACT BAD

≈ Filter and sort          2 products



ACT BAD / T-Shirt (white)    ACT BAD / T-Shirt (black)

$50.00 USD                   $50.00 USD







# BE BACK SOON! GET READY TO ACT BAD!

ENTER YOUR EMAIL TO BE ON MY V.I.P LIST!

Email →

6:34 .ıll LTE 34

# Yung Miami

16 products





Take the Shot Set

$24.00 USD

Take the Shot Real Bad

$18.00 USD





Sold out

Real Bad Fitted Tee

$42.00 USD

Real Bad Crop Tee - White

$45.00 USD





🔒 careshaplease.com

# EXHIBIT E

Picture of Sean Combs a.ka. Diddy with ACT BAD gear