UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------------X

CHARLES KENYATTA, JR.,

               Plaintiff,

          - against -

SEAN COMBS and BAD BOY
ENTERTAINMENT,

              Defendants.

---------------------------------------------------------------------------------X

24 Civ. 6923 (JGK) (GS)

ORDER OF SERVICE

**GARY STEIN, United States Magistrate Judge:**

      By Order dated October 2, 2024, the Court granted Plaintiff's application to proceed *in forma pauperis* ("IFP"). (Dkt. No. 10). He is therefore entitled to rely on the Court and the U.S. Marshals Service to effect service on Defendants. *See* 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3). Accordingly, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form (USM-285 form) for Defendants Sean Combs and Bad Boy Entertainment LLC using the addresses appended to this Order. The Clerk is further instructed to issue summonses and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon Defendants. Lastly, the Clerk is directed to mail an information package to Plaintiff at his address on record and send an electronic version of the same to his e-mail address on record.

      If the complaint is not served within 90 days after the date the summons is issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for

service).[1]  Plaintiff also must notify the Court if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

**SO ORDERED.**

Dated:     New York, New York
           October 2, 2024

_____
GARY STEIN
United States Magistrate Judge

---

[1] Although Fed. R. Civ. P. 4(m) generally requires that a summons be served within 90 days of the date the complaint is filed, the Court extends the time to serve Defendants until 90 days after the date the summons is issued because Plaintiff is now proceeding IFP.

**SERVICE ADDRESSES FOR DEFENDANTS**

1. Sean Combs
   Register Number: 37452-054
   MDC Brooklyn
   Metropolitan Detention Center
   P.O. Box 329002
   Brooklyn, NY 11232

   Sean Combs
   Register Number: 37452-054
   MDC Brooklyn
   Metropolitan Detention Center
   80 29th Street
   Brooklyn, NY 11232

2. Bad Boy Entertainment LLC
   c/o Corporation Service Company
   80 State Street
   Albany, NY 12207