```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------
CHARLES KENYATTA, JR.,
                    Plaintiff,           24-cv-6923 (JGK)

       - against -                       ORDER

SEAN COMBS, ET AL.,
                    Defendants.
------------------------------------------------
```

JOHN G. KOELTL, District Judge:

The parties are directed to appear, by phone, for a pre-motion conference in connection with the defendants' anticipated motion to dismiss on **Thursday, January 16, 2025**, at **12:00 p.m.** The time to file a motion to dismiss is stayed.

The facility where the plaintiff is housed shall make the plaintiff available for conference.

Dial-in: (646) 453-4443, with access code 675 278 33#

The Clerk is respectfully directed to mail a copy of this Order to the pro se plaintiff and to note such mailing on the docket.

SO ORDERED.
Dated:   New York, New York
         December 11, 2024

                                    _____
                                            John G. Koeltl
                                    United States District Judge