UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHARLES KENYATTA, JR. (22B3002),
                            Plaintiff(s)

            -against-

SEAN COMBS, et al,
                            Defendant(s).
-----------------------------------------------------------X

24 civ 6923 (JGK)

## ORDER

The pre-motion conference scheduled for Thursday, January 16, 2025, at 12:00pm, is **adjourned to 12:30pm the same day. The facility where the plaintiff is housed shall make the plaintiff available for the conference.**

Dial-in: (646) 453-4442, with conference ID 675 278 33#. The Clerk is respectfully directed to mail a copy of this order to the pro se plaintiff and to note such mailing on the docket.

**SO ORDERED.**

                                                    JOHN G. KOELTL
                                           **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          December 12, 2024