**EXHIBIT 7**

Picture of ACT BAD tagging Charles Kenyatta a.k.a. Charliecee on social medial platform





**diddy** TONIGHT AT MIDNIGHT!! TONIGHT AT MIDNIGHT!! I'm dropping the song of the Summer!!! #ACTBAD feat. @CityGirls and my brother @MyFabolousLife!!! Big love to the original Mr. Act Bads @charliecee @purpdeleon_ @tonyclasss!!! Let's GO!!!

View all 720 comments

**myfabolouslife** My ACT BAD is 

**djshaybutta** 

May 25 

## EXHIBIT 8

Copy of Act Bad Entertainment LLC

# Dashboard (Order #2066016)

Contents

COMPANY PROFILE

ORDER TIMELINE & STATUS

EIN QUESTIONNAIRE                                          COMPLETED

**Order ID**
#2066016

**Date of Formation**
1/13/2021 ⓘ

**EIN (Federal Tax ID)**
86-1691441

🏢 **Business Profile**

| | |
|---|---|
| **Business Name** | Act Bad Entertainment LLC |
| **Business Type** | LLC |
| **Formation State** | Delaware |
| **Biz Category** | Entertainment |
| **Biz Description** | record label |
| **Business Address** | ~~1125 1st ave apt 2g~~ |

# EXHIBIT 9
# COPY OF TRADEMARKS

# United States of America

## United States Patent and Trademark Office

# Act Bad Entertainment

**Reg. No. 7,310,999**

**Registered Feb. 20, 2024**

**Int. Cl.: 25, 41**

**Service Mark**

**Trademark**

**Principal Register**

Charles Kenyatta Jr  (UNITED STATES INDIVIDUAL)
5540 Center View Dr
Ste. 200
Raleigh, NORTH CAROLINA 27606

CLASS 25: Coats; Hats; Shirts; Bottoms as clothing; Hoodies; Jackets; Sweat pants; Sweat shirts; T-shirts; Tops as clothing; Hooded sweat shirts

FIRST USE 11-1-2018; IN COMMERCE 1-1-2021

CLASS 41: Entertainment information; Music production services; Music publishing services; Music video production; On-line journals, namely, blogs featuring articles, journals, news letters, and blog posts; Production of music; Providing entertainment information via a website

FIRST USE 11-1-2018; IN COMMERCE 1-1-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "ENTERTAINMENT"

SER. NO. 97-034,267, FILED 09-18-2021

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# Act Bad

**Reg. No. 7,177,313**
**Registered Sep. 26, 2023**
**Int. Cl.: 25**
**Trademark**
**Principal Register**

Charles Kenyatta Jr (UNITED STATES INDIVIDUAL)
~~214 Lynne St.~~
~~Raleigh, NORTH CAROLINA 27609~~

CLASS 25: Beanies; Coats; Footwear; Hats; Headwear; Pants; Shirts; Shoes; Shorts; Socks; Bottoms as clothing; Hoodies; Jackets; Sweat pants; Sweat shirts; T-shirts; Tops as clothing; Hooded sweat shirts

FIRST USE 11-1-2018; IN COMMERCE 10-1-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-138,666, FILED 11-23-2021



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



## **EXHIBIT 10**

Picture of Sean Combs and John Doe on stage performing "Act Bad" song together





EXHIBIT 11
PREA COMPLAINTS

 Gmail

**Crystal Kenyatta <tlcvisionary@gmail.com>**

---

## Prea Compliance

---

**Crystal Kenyatta <tlcvisionary@gmail.com>**                                    Tue, Sep 17, 2024 at 9:06 PM
To: kimberly.adams@doccs.ny.gov, ruthann.rogers@doccd.ny.gov

Date: 9/17/2024
To: Prea Compliance Management
From: Crystal Kenyatta
Subject: PREA Complaint Regarding Officer Gentner's Verbal Harassment

Dear Prea Manager/Compliance

I am writing to formally file a PREA (Prison Rape Elimination Act) complaint regarding verbal harassment my husband
Charles Kenyatta 22B3002 experienced from Officer Gentner on September 11, 2024, at approximately 7:15 AM.

While Officer Gentner was conducting the program list for the Residential Rehabilitation Unit (RRU), he called me a
"bitch," verbally attacking me by using derogatory language that targeted my gender. At no point did I disrespect him or
behave in any way that would justify such a degrading remark. This unprovoked verbal abuse is a violation of the Prison
Rape Elimination Act's standards, which protect inmates from all forms of sexual harassment and gender-based abuse by
staff.

Verbal abuse of this nature is unacceptable and creates a hostile and degrading environment. I am requesting the
following actions:

  1.    A formal investigation into Officer Gentner's conduct under PREA guidelines.
  2.    The removal of Officer Gentner from working in the RRU to prevent further incidents of verbal harassment and
abuse of authority.

Thank you for your immediate attention to this matter. I trust that necessary steps will be taken to address this situation
and ensure the safety and dignity of all inmates in the RRU.

Sincerely,
Crystal Kenyatta
Charles Kenyatta
22B3002


Important Notes:

  •    PREA applies to all forms of sexual abuse and harassment, including verbal harassment related to gender.
  •    The language used in your complaint points to gender-based verbal harassment, which is a violation under
PREA.

Thank you,

Crystal Kenyatta

 **Crystal Kenyatta <tlcvisionary@gmail.com>**

---

## Prea Compliance

---

**Crystal Kenyatta <tlcvisionary@gmail.com>**                                    Tue, June 2nd, 2024 at 7:02 PM
To: kimberly.adams@doccs.ny.gov, ruthann.rogers@doccd.ny.gov

Date: 06/02/2024
To: Prea Compliance Management
From: Crystal Kenyatta
Subject: PREA Complaint Regarding Officer Gentner's Verbal Harassment

Dear Prea Manager/Compliance

I am writing to formally file a PREA (Prison Rape Elimination Act) complaint Approximately been 3:10-3:15 pm while coming back from visit I seen my cell was searched for the third time in the last 30 days. I told the officers I'm putting a lawsuit in for each officer who searched my cell. Officer who would not give me his name stated to me oh like you put a lawsuit in for p diddy for pissing in your mouth and then he then stated I heard you like golden shower. Microphone 42 will validate the conversation and the officer did not want to give me his name.


Thank you for your immediate attention to this matter. I trust that necessary steps will be taken to address this situation and ensure the safety and dignity of all inmates in the RRU.

Sincerely,

Crystal Kenyatta
Charles Kenyatta
22B3002


Important Notes:

•    PREA applies to all forms of sexual abuse and harassment, including verbal harassment related to gender.
•    The language used in your complaint points to gender-based verbal harassment, which is a violation under

PREA.

Thank you,

Crystal Kenyatta

**EXHIBIT 12**

YOUTUBE AND SPOTIFY STREAMS OF ACTBAD SONG.





EXHIBIT I3
Media Coverage of Defendant's Lawsuits

# Timeline of Sean Combs Lawsuit: Key Allegations and Developments

By **Akshay Bhanawat** - October 22, 2024



The legal saga surrounding Sean Combs, also known as P. Diddy, has captivated public attention, raising serious allegations that have resulted in one of the most high-profile lawsuits in the entertainment industry.

The focus keyword here is **Sean Combs lawsuit**, which has evolved into a complicated case with multiple accusations surfacing. Here's a detailed timeline of events that highlight the key moments, accusations, and major developments in this ongoing legal battle.

whom claimed incidents dating back over a decade. The allegations painted a troubling picture of abuse of power, and these claims quickly became public, leading to an intense media storm.

At this point, Sean Combs' representatives firmly denied all accusations, stating they were baseless and an attempt to tarnish his reputation. However, these early allegations set the stage for the complicated legal battles that would unfold over the following months.

## 2024: The Case Expands

As the **Sean Combs lawsuit** progressed into 2024, more allegations surfaced, increasing the severity of the accusations. Some former employees and collaborators came forward with claims of workplace harassment and unethical behavior. This was a pivotal moment in the case, as it marked a shift from personal allegations to broader claims of systemic misconduct within Combs' various business ventures.

During this period, a series of investigative reports revealed new evidence. This included testimony from former colleagues and individuals who had professional or personal dealings with Combs. While his legal team worked to dismiss the claims, the case became a major topic of discussion, particularly in the entertainment industry.

## February 2024: Court Filings and Key Accusations

In February 2024, court documents were filed, formally outlining the allegations against Sean Combs. These documents revealed explicit accusations of sexual misconduct, financial manipulation, and abuse of power. The lawsuit also highlighted several instances of coercive behavior and exploitation, specifically targeting individuals within Combs' companies.

The **Sean Combs lawsuit** also attracted attention for its potential to establish new precedents regarding workplace harassment and misconduct within the entertainment industry. The legal proceedings at this time expanded to include more plaintiffs, turning the lawsuit into a class-action case.

## Summer 2024: Sean Combs Responds

By the summer of 2024, Sean Combs and his legal team went on the defensive. Public statements were issued denying all charges, claiming the allegations were exaggerated and lacked evidence. In a rare interview, Combs expressed his frustration with the ongoing litigation, stating, "These claims are entirely false, and I will fight them until my name is cleared."

Despite his public defense, the case continued to escalate. The **Sean Combs lawsuit** attracted more media attention as journalists uncovered more details of the allegations.

## September 2024: A Turning Point in the Lawsuit

In September 2024, the lawsuit took a significant turn. Key witnesses testified in court, shedding light on previously undisclosed details regarding the accusations. The testimony painted a grim picture of Sean Combs' alleged behavior, giving weight to some of the more serious charges.

Meanwhile, Combs' legal team pushed back with counterclaims, alleging that the lawsuit was part of a coordinated effort to destroy his legacy. Despite these efforts, the judge ruled that the case would proceed to trial, marking a major turning point.

## October 2024: Settlements and New Developments

As the case moved closer to trial in October 2024, rumors of possible settlements began to circulate. While Sean Combs maintained his innocence, there were whispers that his legal team was negotiating settlements with some of the plaintiffs to avoid a drawn-out trial.

However, even as settlement discussions emerged, new plaintiffs continued to come forward, ensuring that the **Sean Combs lawsuit** would remain active and potentially continue into 2025. The case, now larger than ever, had turned into a monumental legal battle with far-reaching consequences for Combs' career and reputation.

## The Road Ahead: What Comes Next?

Looking ahead, the **Sean Combs lawsuit** remains ongoing, with no clear end in sight. The case has had a profound impact on his public image and career, with several endorsements and business deals reportedly falling through in light of the accusations.

Legal experts predict that the trial, if it proceeds, could become one of the most talked-about cases in the entertainment industry. The outcome will likely depend on further evidence and testimonies, but one thing is certain: the **Sean Combs lawsuit** has become a defining moment in the artist's career, with implications that will last for years to come.

## Conclusion

As the **Sean Combs lawsuit** continues to unfold, the timeline of events illustrates the complexity and gravity of the case. From the first allegations in 2023 to the pivotal moments of 2024, this lawsuit has captured global attention and serves as a significant moment in both Sean Combs' career and the wider entertainment industry.

Stay tuned for further developments as this high-profile case moves forward, and be sure to follow updates on the trial and any potential settlements.

**Akshay Bhanawat**

*https://themusicessentials.com/*

Having been a fan of dance music and Armin van Buuren since 2003, I was inspired to start my own electronic music publication with a very simple, and clear goal - to share electronic music with old, and new fans alike. Working alongside a great team has made me keep that goal alive, and build on it.

🅕  🅘  🅛  𝕏

🔍 This site uses Google AdSense ad intent links. AdSense automatically generates these links and they may help creators earn money.

 yahoo!news

Search the web    

News    Finance    Sports    More ⌄    ✉ Mail    Sign in

Top Stories    Denny's closures    80K Uncrustables    Fla. war on ballot measures    Biden gaffes    2,000-year-old math theory    Wom

**UPI**

# Sean 'Diddy' Combs named in seven new lawsuits

Clyde Hughes

October 21, 2024  ·  2 min read

     106



Sean "Diddy" Combs arrives in the press room at the 2023 MTV Video Music Awards at the Prudential Center in Newark, New Jersey on September 12, 2023. He was hit with seven civil lawsuits on Monday. File Photo by Jason Szenes/UPI

Oct. 21 (UPI) **--** Attorneys filed a wave of seven new civil lawsuits against entertainment mogul Sean "Diddy" Combs Sunday night, including one plaintiff who charged that the music executive raped her at a house party when she was 13.

In the lawsuit involving the underage rape allegation, the plaintiff said she was 13 when she met Combs in 2000. The woman who was not named, said she tried and failed to get into the MTV Video Music Awards at Radio City Music

yahoo!news

News  Finance  Sports  ⌄          Sign in

The plaintiff said she was given a spiked drink at the party and was raped in a bedroom by Combs and an unnamed celebrity while another watched.

That lawsuit and six others were filed by attorneys Tony Buzbee and Andrew van Arsdale.

Comb's attorneys issued a statement on the new documents and other lawsuits filed last week.

"Mr. Combs and his legal team have full confidence in the facts, their legal defenses, and the integrity of the judicial process," Combs' attorney said, according to CNN. "In court, the truth will prevail: that Mr. Combs has never sexually assaulted anyone -- adult or minor, man or woman."

Five of the new lawsuits were filed in U.S. District Court in New York and two others in the New York Superior Court. The allegations range from 2000 to 2022 in New York, Los Angeles and Las Vegas.

The lawsuits are just the latest in an avalanche of legal problems for the once-powerful Combs who engineered some of the top Hip Hop acts in the country while diversifying into a clothing line, alcohol and restaurants.

Last month, federal prosecutors charged that Combs was engaged in verbal, emotional physical, and sexual abuse while leading an"enterprise that he engaged in sex trafficking, forced labor or kidnapping, arson and other crime."



💬 **View comments (106)**



Western North Carolina
You Can Still
V☑TE
Plan your vote for the 2024 election.

LEARN HOW

**Newsweek**    SUBSCRIBE FOR $1    Login

UP NEXT    **Diddy Halloween Costumes Cause Stir Online**

News | Diddy    Celebrities    Lawsuit

# Full List of Celebrities Named in Diddy Court Filing

**Published** Mar 26, 2024 at 12:47 PM EDT

**Updated** May 03, 2024 at 3:17 PM EDT



**Newsweek**   SUBSCRIBE FOR $1 

UP NEXT   **Diddy Halloween Costumes Cause Stir Online**



Sean "Diddy" Combs on October 20, 2023, in Washington, D.C. A number of celebrities appeared in court filings made in connection with music producer Rodney Jones' $30 million lawsuit against Sean "Diddy" Combs.   **SHAREIF ZIYADAT/GETTY IMAGES**

Among the celebrities named in the filing are:

- Stevie J (Steven Aaron Jordan), a music producer and television personality. According to court documents Jones alleges Combs used access to Stevie J and his knowledge of Jones' admiration of Stevie J "to groom and entice Mr. Jones to engage in homosexual acts."

- A redacted name of a Philadelphia rapper who dated Nicki Minaj

- A Grammy Award-winning R&B singer who had trouble with law enforcement after assaulting a Bajan billionaire, whose name was also redacted.

- Yung Miami, who was not labeled as a celebrity in the filing, but a relative of Yung Miami is named. According to court documents, the cousin of Yung Miami is accused of "groping Mr. Jones."

- Prince Harry, according to court documents, Jones alleges Comb's associates gained access to "international dignitaries like British Royal, Prince Harry."

- Cassie Ventura, a singer and dancer who's previous lawsuit against Combs related to allegations of sexual abuse was mentioned.

- Bishop T.D. Jakes, is not accused of anything in the lawsuit. According to the court documents, Jones alleges that Combs "planned to leverage his relationship with Bishop T.D. Jakes to soften the impact on his public image of Cassie Ventura's lawsuit."

- Georgia Mass Choir, was named in the filing in relation to his professional engagements with Jones and is not accused of any wrongdoing or involvement related to the alleged misconduct.

- Donald Lawrence, songwriter and music producer. Lawrence was named in the filing in relation to his professional engagements with Jones and is not accused of any wrongdoing or involvement related to the alleged misconduct.

