```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────────────

**CHARLES KENYATTA, JR., DIN: 22B3002,**

           **Plaintiff,**

    - against -

**SEAN COMBS, ET AL.,**

           **Defendants.**

─────────────────────────────────────────────

**24-cv-6923 (JGK)**

**ORDER**

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear, by phone, for a conference on **March 20, 2025**, at **12:00 p.m.** This conference will be jointly held with the parties in the related case, Kenyatta v. Brownlee, 24-cv-691.

The facility where the plaintiff is housed shall make the plaintiff available for the conference. Dial-in: 646-453-4442, with access code 675 278 33#. The Clerk is respectfully directed to mail a copy of this order to the pro se plaintiff and to note such mailing on the docket.

**SO ORDERED.**
**Dated:**   **New York, New York**
          **March 4, 2025**

                                   **/s/ John G. Koeltl**
                                      **John G. Koeltl**
                             **United States District Judge**