```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────
CHARLES KENYATTA, JR. ,
                Plaintiff,              24-cv-6923 (JGK)

    - against -                         ORDER

SEAN COMBS, ET AL.,
                Defendants.
───────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

The defendants should respond to the motion for a preliminary injunction dated May 19, 2025, by **June 4, 2025.** The plaintiff may reply by **June 11, 2025.**

The Clerk is directed to mail a copy of this Order to the plaintiff and to note mailing on the docket.

**SO ORDERED.**
Dated:    New York, New York
          May 21, 2025

                                        /s/ John G. Koeltl
                           _____
                                      John G. Koeltl
                              United States District Judge