UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARLES KENYATTA, JR.,

                    Plaintiff,                24-cv-6923 (JGK)

        - against -                           ORDER

SEAN COMBS, ET AL.,

                    Defendants.

---

JOHN G. KOELTL, District Judge:

The plaintiff should reply to the defendants' opposition to

the motion for a preliminary injunction by **July 28, 2025.**

The Clerk is directed to mail a copy of this Order to the

pro se plaintiff and to note mailing on the docket.


SO ORDERED.
Dated:    New York, New York
          July 14, 2025

                                        _____
                                            John G. Koeltl
                                        United States District Judge