**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CHARLES KENYATTA, JR.,

                Plaintiff,

    -against-                                    24 **CIVIL** 6923 (JGK)

**JUDGMENT**

SEAN COMBS and BAD BOY
ENTERTAINMENT,
LLC,

                Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 12, 2025, the defendants' motion to dismiss Kenyatta's amended complaint is granted. Counts I (trademark infringement), II (unfair competition), III (trademark dilution), V (unjust enrichment), and IX (counterfeiting) are dismissed without prejudice. Counts IV (breach of contract), VI (conversion), VII (voidability), and VIII (voidness) are dismissed with prejudice. Kenyatta's motions for partial summary judgment and for a preliminary injunction are denied.

**Dated:** New York, New York

       September 15, 2025

                                                        **TAMMI M. HELLWIG**
                                                           Clerk of Court

                               **BY:**

                                                           **Deputy Clerk**