AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| Charles Kenyatta Jr.<br>*Plaintiff* | ) | |
| v. | ) | Case No. 24-cv-6923 |
| Sean Combs et al.<br>*Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sean Combs; Bad Boy Entertainment, LLC .

Date: 09/22/2026

/s/ Adam R. Rahman
*Attorney's signature*

Adam R. Rahman (#5515663)
*Printed name and bar number*

Jonathan D. Davis, P.C.
1 Rockefeller Plaza, Suite 1712
New York, New York 10020
*Address*

arr@jddavispc.com
*E-mail address*

(212) 867-5464
*Telephone number*

(212) 697-2521
*FAX number*